JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRUCE A. WILLIAMSON, ) <br> ) <br> Defendant. ) | No. CR24-012-RAJ <br><br> ORDER TO SEAL SENTENCING MEMORANDUM |

THE COURT has considered the defense's motion to seal Bruce Williamson's sentencing memorandum and exhibits along with the records in this case. Finding good cause, IT IS ORDERED that the motion (Dkt. 38) is GRANTED. The sentencing memorandum and exhibits shall remain filed under sealed.

DATED this 13th day of June, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL SENTENCING MEMORANDUM
(*U.S. v. Williamson*, CR24-012-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100